AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                 DISTRICT OF                NEW YORK

DEVEAUX S.A.,
        PLAINTIFF,
V.

CHATEAU STORES, INC., ET AL,
        DEFENDANTS

**APPEARANCE**

Case Number: 07 CV 11371 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT CHATEAU STORES, INC. and
CHATEAU STORES LTD.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2008 | *[signature]* |
| Date | Signature |
| | SARAH C. HSIA     SH-1030 |
| | Print Name     Bar Number |
| | 90 PARK AVENUE |
| | Address |
| | NEW YORK    NY    10016 |
| | City    State    Zip Code |
| | (212) 210-9400    (212) 210-9444 |
| | Phone Number    Fax Number |