AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

DEVEAUX S.A.,

    PLAINTIFF,

V.

CHATEAU STORES, INC., ET AL,

    DEFENDANTS.

**APPEARANCE**

Case Number: 07 CV 11371 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT CHATEAU STORES, INC. and CHATEAU STORES LTD.

I certify that I am admitted to practice in this court.

1/11/2008
Date

Signature

ROBERT E. HANLON      RH-8794
Print Name      Bar Number

90 PARK AVENUE
Address

NEW YORK      NY      10016
City      State      Zip Code

(212) 210-9400      (212) 210-9444
Phone Number      Fax Number