FEB. 1. 2008 11:37AM   SCHLACTER & ASSOCIATES                          NO. 2485   P. 4

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVEAUX S.A.,

                Plaintiff,

v.

CHATEAU STORES, INC., et al.,

                Defendants.

Case No. 07 CV 11371 (PKC)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time by which Defendants Chateau Stores, Inc., and Chateau Stores Ltd. shall file their response to the Complaint in the captioned action is extended through and including February 18, 2008.

_____
Jed R. Schlacter (JRS-4874)
Schlacter & Associates
450 Seventh Avenue
New York, New York 10123
(212) 695-2000
*Attorneys for Plaintiff*
*Deveaux S.A.*

_____
Robert E. Hanlon (RH-8794)
Sarah C. Hsia (SH-1030)
Alston & Bird
90 Park Avenue
New York, New York 10016
(212) 210-9400
robert.hanlon@alston.com
sarah.hsia@alston.com
*Attorneys for Defendant*
*Chateau Stores, Inc., and Chateau Stores Ltd.*

SO ORDERED this ___4th___ day of February, 2008.

_____
Judge P. Kevin Castel, U.S.D.J.