# ALSTON&BIRD LLP

**MEMO ENDORSED**

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com



Sarah C. Hsia

Direct Dial: 212-210-9541

E-mail: sarah.hsia@alston.com

February 1, 2008

*VIA FACSIMILE: 212 805 7949*

Honorable P. Kevin Castel
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: <u>Devaux S.A. v. Chateau Stores, Inc. et al., 07 CV 11371 (PKC)</u>

Dear Judge Castel:

We represent Defendants Chateau Stores, Inc. and Chateau Stores Ltd. (collectively, "Defendants") in the referenced action. The parties are scheduled to appear before Your Honor on February 8, 2008 at 10 am for the Initial Pre-Trial Conference, and the parties' joint letter is thus due today.

The parties are attempting to resolve this matter, and agreed yesterday evening to a further extension of Defendants' time to respond to the Complaint until February 18, 2008. Consequently, the parties respectfully request that the Initial Pre-Trial Conference be adjourned until a date after March 7, 2008.

Respectfully submitted

Sarah C. Hsia

SCH:cj

cc: Robert E. Hanlon, Esq.
Jed R. Schlacter, Esq. (by facsimile)

LEGAL02/30687163v1

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

601 Pennsylvania Avenue, N.W.
North Building, 10th Floor
Washington, DC 20004-2601
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Handwritten memo endorsement: Initial conference adjourned from Feb 8, 2008 to March 14, 2008 at 9:30 a.m. SO ORDERED. 2-4-08