UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

DEVEAUX S.A.

           Plaintiff(s),

    -against-

CHATEAU STORES INC. and
CHATEAU STORES LTD.,

           Defendant(s).
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

ORDER OF DISCONTINUANCE

07 Civ. 11371 (PKC)(FM)

**ORIGINAL**

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
          MAY 29, 2008

                                                  FRANK MAAS
                                           United States Magistrate Judge

SCHLACTER & ASSOCIATES             ALSTON & BIRD LLP

Attorney(s) for Plaintiff                    Attorney(s) for Defendant
JED R. SCHLACTER (JRS 4874)           ROBERT E. HANLON (RH 8794)

Agreed and Consented to:                 Agreed and Consented to: