# Schlacter & Associates

Attorneys at Law
450 Seventh Avenue
New York, NY 10123

Telephone (212) 695-2000
Telecopier (212) 629-5825

NEW JERSEY OFFICE

TWO UNIVERSITY PLAZA
HACKENSACK, NJ 07601
TEL: (201) 342-0999
FAX: (201) 487-1301

**MEMO ENDORSED**

By Fax 212 805-7949

The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Re:  Deveaux S.A. v. Chateau Stores, Inc., et.al.
     Case No. 07 Civ. 11371

Dear Judge Castel:

Our firm represents the plaintiff in the above matter.

We are pleased to advise that the parties have reached a settlement of this lawsuit. However, because the parties are out of the country, it will take further time to circulate the settlement papers for signature, and file a final Order with the Court. However, at the present time, the 30 day Order of May 29, 2008 is due to expire prior to the parties having obtained all necessary signatures.

Therefore, it is respectfully requested, on consent of all parties, that the 30 day Order of May 29, 2008 be extended for an additional thirty days in order to allow the parties to complete the settlement papers.

Thank you for your consideration and courtesies.

Respectfully,

JED R. SCHLACTER

JRS/srj
cc:  Robert Hanlon, Esq.- By fax 212 922-3974

Application Granted.
So Ordered.

Hon. P. Kevin Castel, U.S.D.J.
6-24-08