USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8 | 1 | 08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

| | | |
|---|---|---|
| **DEVEAUX S.A.,** | : | **07 Civ. 11371 (PKC)** |
| **Plaintiff,** | : | **ECF Case** |
| -against- | : | |
| | : | |
| **CHATEAU STORES, INC. and** | | |
| **CHATEAU STORES LTD.,** | : | |
| **Defendant.** | : | |

-------------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, having filed its Complaint charging defendants with copyright infringement, and defendants having denied the allegations of the Complaint, and the parties being desirous of settling the controversy among them, it is

ORDERED as follows:

1.     This Court has jurisdiction over the subject matter of this action under the provisions of the Copyright Laws, Title 17 of the United States Code, and this Court has personal jurisdiction over the parties to this action.

–1–

2.      Plaintiff represents that it is the owner of a valid and subsisting copyright in the
following fabric designs registered in the United States Copyright Office:

| Design No. | Certificate of Copyright Registration No. |
|---|---|
| Brio LX 2680 | VA 1-410-951 |
| Brio LX 2845 | VA 1-404-075 |
| Brio LX 2850 | VA 1-421-308 |
| Brio LX 2865 | VA 1-421-309 |
| Brio LX 2930 | VA 1-421-310 |
| Brio LX 3295 | VA 1-421-311 |
| Brio LX 3585 | VA 1-622-842 |

3.      The parties hereto having entered into a separate Settlement Agreement, this action is
dismissed, with prejudice subject to Paragraph 4 below, without an award of costs, profits, damages
or attorneys' fees.

4.      This Court shall retain jurisdiction over this matter for the purposes of enforcement of
the Settlement Agreement entered into by the parties hereto.

Dated: New York, New York
     July **31** , 2008

_____
U.S.D.J.
Richard J. Holwell
Part I

Order-deveaux v. Chateau                    –2–

## CONSENTS

The undersigned hereby consent to the entry of the foregoing dismissal with prejudice on behalf of their respective clients and parties hereto:

SCHLACTER & ASSOCIATES
Attorneys for Plaintiff

Dated: _7/28/08_

By: _____

ALSTON & BIRD LLP
Attorneys for Defendants

Dated: _7/24/08_

By: _____

Order-deveaux v  Chateau

–3–